AO 10
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2008

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)   ROSENBAUM, JAMES M. | 2. Court or Organization   U.S.D.C., D.MINNESOTA | 3. Date of Report   05/11/2009 |
|---|---|---|

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)   U.S. District Judge (Active) | 5a. Report Type (check appropriate type)   ☐ Nomination, Date   ☐ Initial  ☑ Annual  ☐ Final   5b. ☐ Amended Report | 6. Reporting Period   01/01/2008 to 12/31/2008 |
|---|---|---|

| 7. Chambers or Office Address   300 South 4th St., Suite 14E  MINNEAPOLIS, MN 55415 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.   Reviewing Officer_____ Date_____ |
|---|---|

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Advisory Board Member | The Sedona Conference |
| 2. Advisory Board Member | The Federal Judges Association |
| 3. Advisory Board Member | Green Bag |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | ** NOTHING TO REPORT ** |
| 2. | |
| 3. | |

2009 MAY 18 A 11: 11
FINANCIAL DISCLOSURE OFFICE
RECEIVED

Rosenbaum_James_M

| Name of Person Reporting | Date of Report |
|---|---|
| ROSENBAUM, JAMES M. | 05/11/2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2008 | None - Outside of Judicial Pay | $163,606.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2008 | State of Minnesota Courts |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. ALI-ABA | 1/17 - 18, 2008 | New York, NY | Electronic Disc. Conf. | Travel Reimbursement - Transportation, Meals, Room |
| 2. West LegalWorks | 2/26 - 28, 2008 | Atlanta, GA | Patent Claim Constr. | Travel Reimbursement - Transportation, Meals, Room |
| 3. West LegalWorks | 3/5 - 7, 2008 | Palo Alto, CA | Patent Claim Constr. | Travel Reimbursement - Transportation, Meals, Room |
| 4. Nathan Associates | 4/2 - 10, 2008 | Cairo, Egypt | IP Rights Teaching | Travel Reimbursement - Transportation, Meals, Room |
| 5. FJA Board Meeting | 5/3 - 5, 2008 | Pentagon City, WA | Board Mtg. | Travel Reimbursement - Transportation, Meals, Room |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSENBAUM, JAMES M. | 05/11/2009 |

| | | | | |
|---|---|---|---|---|
| 6. IQPC | 5/5 - 7, 2008 | Las Vegas, NV | EDiscov. Conf. | Travel Reimbursement - Transportation, Meals, Room |
| 7. Cohasset Assoc. | 5/18 - 19, 2008 | Chicago, IL | MER Conf. | Travel Reimbursement - Transportation, Meals, Room |
| 8. IN School of Law | 5/30 - 31, 2008 | Indianapolis, IN | ASTAR Conf. | Travel Reimbursement - Transportation, Meals, Room |
| 9. Sedona Conf. | 8/21 - 22, 2008 | Washington, D.C. | Advisory Board Mtg. | Travel Reimbursement - Transportation, Meals, Room |
| 10 Sedona Conf. | 9/11 - 20, 2008 | Florence, Italy | Antitrust & Law Seminar | Travel Reimbursement - Transportation, Meals, Room |
| 11 Sedona Conf. | 11/12 - 15, 2008 | Rancho Mirage, CA | Antitrust Seminar | Travel Reimbursement - Transportation, Meals, Room |
| 12 FJA Meeting | 12/2 - 3, 2008 | Washington, D.C. | Meeting | Travel Reimbursement - Transportation, Meals, Room |
| 13 Thomson Reuters | 12/9 - 11, 2008 | San Francisco, CA | E-Disc. conf. | Travel Reimbursement - Transportation, Meals, Room |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSENBAUM, JAMES M. | 05/11/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. Honorary Membership | Minneapolis Club | $0.0 |
| 2. value unknown (see attached) | | $0.0 |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. U.S. Bank | Checking Plus | J |
| 2. U.S. Bank | Checking Plus | J |
| 3. NELNET | Federal Education Loan | K |
| 4. Mortgage ▮▮▮▮▮▮ | Non-incoming Producing | M |
| 5. | | |

ATTACHMENT

The Minneapolis Club extends honorary, non-voting, memberships to federal judges, among others. Honorary members may use the club on a pay-for-use basis. The Minneapolis Club regards these memberships as being of no value (see attached letter). Full voting membership costs approximately $3,200 per year.



# MINNEAPOLIS CLUB

729 Second Avenue South
Minneapolis, Minnesota 55402-2403
Phone (612) 332-2292

DATE: August 8, 1995

TO: Brenda

Judge M. Davis' Office

FAX #: 290-3002

FROM: Eads J. Schaub

Number of pages to follow: 0

MESSAGE: RE: Honorable Michael J. Davis, Judge, United States District Court In response to your question regarding the membership, there is absolutely no monetary value connected with this membership. Honorary and Community memberships are a tradition of long standing at the Minneapolis Club and have been extended to persons of high political office, the clergy, the courts, the University, career diplomats and other persons of distinction serving our community. The club has currently 55 persons in this category. Please call me if you wish additional information.

Any questions or problems regarding this transmission should be directed to (612) 332-2292. Thank you.

| Name of Person Reporting | Date of Report |
|---|---|
| ROSENBAUM, JAMES M. | 05/11/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. AT&T Common Stock | A | Dividend | J | T | | | | | |
| 2. AT&T Common Stock | A | Dividend | J | T | | | | | |
| 3. Bell South Common Stock | A | Dividend | J | T | | | | | |
| 4. Sit Mutual Funds Money Market Fund, Inc. | A | Dividend | J | T | | | | | |
| 5. Verizon | A | Dividend | J | T | | | | | |
| 6. Sit Mutual Funds IRA (Please see attached) | A | Dividend | J | T | | | | | |
| 7. Sit Mutual Funds IRA (Please see attached) | A | Dividend | K | T | | | | | |
| 8. Lucent | A | Dividend | J | T | | | | | |
| 9. The Select Ten Dow IRA | A | Dividend | J | T | | | | | |
| 10. MMM Common Stock (IRA) (now Three M) | A | Dividend | J | T | | | | | |
| 11. State of Minnesota Deferred Comp | A | Div. & Int. | J | T | | | | | |
| 12. State of Minnesota (Pension Vested) | | | | | | | | | |
| 13. Comcast | A | Div. | J | T | | | | | |
| 14. Comcast | A | Dividend | J | T | | | | | |
| 15. Agere (received as distribution from Lucent) | A | Div. | J | T | | | | | |
| 16. Agere | A | Dividend | J | T | | | | | |
| 17. Verizon | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSENBAUM, JAMES M. | 05/11/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. ▓▓▓▓ Home – non-incoming producing | | None | M | R | | | | | |
| 19. Post retirement Health Care Savings Plan | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSENBAUM, JAMES M. | 05/11/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

6. SIT Large Cap Growth Fund, Inc.   A   Dividend   J   T  JMR
   SIT Small Cap Growth Fund        A   Dividend   J   T

7. SIT Mid Cap Growth Fund, Inc.    A   Dividend   K   T MBR
   SIT Small Cap Growth Fund        A   Dividend   J   T

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Sig

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544